| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2016 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)  Feldman, Jonathan W. | 2. Court or Organization  Western District of New York | 3. Date of Report  05/15/2017 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  Magistrate Judge | 5a. Report Type (check appropriate type)  ☐ Nomination    Date  ☐ Initial    ☑ Annual    ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2016 to 12/31/2016 |

| 7. Chambers or Office Address  233 United States Courthouse  100 State Street  Rochester, NY 14614 |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Attorney in Fact | POA 1 |
| 2. | Attorney in Fact | POA 2 |
| 3. | Board Member | Jewish Senior Life |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Cornell Law School, Salary | $10,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | Brighton Central School District, Salary/Consultant |
| 2. | 2016 | State of NY (Defined Benefit Pension Plan) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Cornell Law School | 2016 (See Part VIII) | Ithaca, NY | Teaching related travel | Mileage |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BANK OF AMERICA | A | Interest | K | T | | | | | |
| 2. RENTAL PROPERTY #1, LEE COUNTY, FL (Y) | | | | | | | | | |
| 3. EQUITABLE FPV LIFE INS. POLICIES (H) | | | | | | | | | |
| 4. EQUITABLE FPV LIFE GUARANTEED INTEREST PROGRAM | | None | | | Sold | 02/11/16 | K | E | |
| 5. EQUITABLE COMMON STOCK INDEX | | None | | | Sold | 02/11/16 | K | E | |
| 6. EQUITABLE INTERNATIONAL EQUITY INDEX | | None | | | Sold | 02/11/16 | K | E | |
| 7. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 8. PIMCO INCOME FUND | A | Dividend | | | Sold | 06/01/16 | K | | |
| 9. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 10. MERRILL EDGE MONEY MARKET (CASH ACCOUNT) | A | Interest | J | T | | | | | |
| 11. ALPHABET INC SH CL C | | None | K | T | | | | | |
| 12. ALPHABET INC SH CL A | | None | J | T | | | | | |
| 13. APPLE | A | Dividend | | | Sold | 06/01/16 | J | | |
| 14. POWERSHARES QQQ TRUST SE | A | Dividend | K | T | Buy | 06/16/16 | K | | |
| 15. EBAY | | None | | | Sold | 06/01/16 | J | | |
| 16. IEC ELECTRS. CORP. NEW | | None | K | T | Sold (part) | 05/18/16 | J | B | |
| 17. PAYPAL | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN CENTURY EQUITY INCOME FUND INV CL | B | Dividend | K | T | | | | | |
| 19. HARBOR INTERNATIONAL MUTUAL FUND | A | Dividend | K | T | | | | | |
| 20. JANUS GLOBAL LIFE SCIENCES FD | A | Dividend | | | Sold | 06/06/16 | J | | |
| 21. SPDR S P BIOTECH | A | Dividend | | | Sold | 06/02/16 | J | | |
| 22. T ROWE PRICE GROWTH STOCK FD | | None | | | Sold | 06/06/16 | J | | |
| 23. VANGUARD TOTAL STOCK MKT ETF | A | Dividend | L | T | | | | | |
| 24. VANGUARD DIVIDEND APPRECIATION ETF | A | Dividend | J | T | | | | | |
| 25. VANGUARD HIGH DVD YIELD ETF | A | Dividend | K | T | | | | | |
| 26. VANGUARD HEALTH CARE FUND INV CL | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 27. VANGUARD FTSE DEVELOPED MARKET ETF | A | Dividend | K | T | | | | | |
| 28. VANGUARD NY LONG TERM TAX EXEMPT | B | Dividend | K | T | | | | | |
| 29. VANGUARD WELLESLEY | A | Dividend | J | T | | | | | |
| 30. IRA #1 (H) | | | | | | | | | |
| 31. BANK OF AMERICA (CASH) | A | Interest | J | T | Open | 05/01/16 | J | | |
| 32. APPLE | | None | | | Sold | 06/08/16 | J | | |
| 33. VANGUARD REIT ETF | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 34. VANGUARD TOTAL INTL BOND ETF | A | Dividend | K | T | Buy | 06/16/16 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 08/18/16 | J | | |
| 36. DEVON ENERGY CORP | | None | | | Sold | 06/07/16 | J | | |
| 37. AMERICAN CENTURY EQUITY INCOME FUND INST CL | A | Dividend | | | Sold | 06/01/16 | K | | |
| 38. T. ROWE PRICE EMERGING MARKETS STOCK FD RETAIL | A | Dividend | J | T | Buy | 06/16/16 | J | | |
| 39. ARTISAN INTERNATIONAL VALUE FUND ADV CL | | None | | | Sold | 06/03/16 | J | | |
| 40. ARTISAN MIDCAP VALUE | | None | | | Sold | 06/03/16 | J | | |
| 41. POWERSHARES EM SOVEREIGN BOND | A | Dividend | J | T | Buy | 08/15/16 | J | | |
| 42. FIRST EAGLE OVERSEAS CL I | A | Dividend | K | T | Buy (add'l) | 04/27/16 | J | | |
| 43. MATTHEWS CHINA SMALL CO | A | Dividend | | | Sold | 05/31/16 | J | | |
| 44. NUANCE CONCENTRATED VALUE | A | Dividend | | | Sold | 04/26/16 | J | | |
| 45. OPPENHEIMER DEVELOPING MARKETS | A | Dividend | J | T | Buy (add'l) | 04/28/16 | J | | |
| 46. ISHARES S&P 500 GROWTH FD | | None | | | Sold | 06/08/16 | J | | |
| 47. SECTOR SPDR INDUSTRIAL SELECT | A | Dividend | | | Sold | 04/26/16 | J | | |
| 48. IRA #2 (H) | | | | | | | | | |
| 49. ALCOA | A | Dividend | | | Sold | 06/07/16 | J | | |
| 50. DEVON ENERGY CORP | A | Dividend | | | Sold | 06/07/16 | J | | |
| 51. EATON VANCE FLOATING RATE CL I | A | Dividend | | | Sold | 06/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/15/2017 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. AMERICAN CENTURY EQUITY INCOME FUND INST. CL. (Y) | | | | | | | | | |
| 53. HENNESSY GAS UTILITY IDX | A | Dividend | | | Sold | 06/03/16 | J | | |
| 54. MATTHEWS PACIFIC TIGER INST CL | | None | | | Sold | 06/01/16 | J | | |
| 55. SATUIT CAPITAL US EMERG COMPANIES FD | | None | | | Sold | 04/26/16 | J | | |
| 56. OPPENHEIMER DEVELOPING MARKETS FDCL | A | Dividend | J | T | Buy | 05/16/16 | J | | |
| 57. ISHARES S&P 500 GROWTH FD | A | Dividend | | | Sold | 06/07/16 | J | | |
| 58. SPDR FUND MATERIALS SELECT | A | Dividend | | | Sold | 04/26/16 | J | | |
| 59. VANGUARD WELLESLEY INCOME FUND CL INV | A | Dividend | K | T | Buy | 06/06/16 | K | | |
| 60. VANGUARD BALANCED INDEX FUND INV CL | A | Dividend | K | T | Buy | 06/06/16 | K | | |
| 61. VANGUARD REIT ETF | A | Dividend | J | T | Buy | 06/08/16 | J | | |
| 62. VANGUARD INFORMATION TECHNOLOGY | A | Dividend | | | Sold | 06/07/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Feldman, Jonathan W. | 05/15/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Parrt IV, line 1: August 25, September 1, 8, 15, and 29, October 6, 20, and 27, November 3, 7, 10, and 17, and December 1, 2016.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jonathan W. Feldman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544